## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8820-JEM | Date | August 13, 2021 |
|---|---|---|---|
| Title | Nehemiah Kong v. Christos Smyrniotis et al | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**          **(IN CHAMBERS) ORDER RE: STIPULATION OF DISMISSAL (Docket No. 36)**

The Court is in receipt of the parties' Stipulation of Dismissal, filed August 13, 2021. The parties stipulate to dismiss this action pursuant to Rule 41(a)(1)(A)(ii). Accordingly, by the filing of the Stipulation, the parties have dismissed the above-referenced matter with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (dismissal of an action pursuant to Rule 41(a)(1) is effective on filing and no court order is required).

cc: Parties

_____ : _____

Initials of preparer:          slo